# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**LOC BA TRUONG,**

    Plaintiff,

  -vs-                                      Case No. 13-C-122

**U.S. ATTORNEY GENERAL**
**ERIC HOLDER,**

    Respondent.

## DECISION AND ORDER

On March 25, the Court granted the plaintiff's motion to amend this petition for *de novo* review of his denied application for naturalization. 8 U.S.C. § 1421(c). The respondent now moves to reconsider, arguing that the proper respondent is the Secretary of the Department of Homeland Security. *See, e.g., Maldonaldo v. Napolitano*, No. 2:10-CV-63-FL, 2012 WL 4175772 (M.D.N.C. Sept. 18, 2012); *Huang v. Napolitano*, 721 F. Supp. 2d 46 (D.D.C. 2010).

Respondent's motion to reconsider [ECF No. 5] is **GRANTED**. The plaintiff must file an amended petition within **twenty (20) days** of the date of this Order.

Dated at Milwaukee, Wisconsin, this 10th day of May, 2013.

                                                        BY THE COURT:

                                                        */s/ Rudolph T. Randa*
                                                        **HON. RUDOLPH T. RANDA**
                                                        **U.S. District Judge**